## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
                              Plaintiff

                v.                                            Civil Action No:  11-1388

JAMES J. BURKE
                              Defendant(s)

## ORDER TO DISCONTINUE AND END

AND NOW, this _____11ᵀᴴ_____ day of __July__, 2019, upon Plaintiff's motion to

discontinue, it is ORDERED that the above captioned matter shall be marked discontinued and

ended and the Judgment entered on May 13, 2011 shall be satisfied.

This matter may be marked closed for statistical purposes.

By the Court



_____
                                                                              J.